UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–06879–MMM–MAN     DATE:  12/14/2012
Title:  MICHAEL MCVEY V. DAWN MCVEY

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
             None Appearing                                None Appearing

Proceedings:     **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 12/06/2012, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 12/11/2012.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90               **CIVIL MINUTES – GENERAL**                Initials of Deputy Clerk: ah