JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McVEY, as Trustee of the Bittersweet Distributors, Inc. Defined Benefit Pension Plan and Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>COLIN McVEY, as Executor, Trustee, and Representative of the Estate of Dawn M. McVey, pursuant to the Dawn M. McVey Living Trust, and as personal representative of Dawn McVey, an individual and participant in the Bittersweet Distributors, Inc. Defined Benefit Pension Plan and Trust,<br><br>    Defendant. | CASE NO. CV 12-06879 MMM (MANx)<br><br>JUDGMENT FOR DEFENDANT |

On June 16, 2014, the court entered an order granting defendant's motion to dismiss with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint; and

2. That the action be, and it is hereby, dismissed.

DATED: June 16, 2014

                                                  MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE